USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IRIS PATRICIA PINA HERNANDEZ,
Also Known as Iris Patricia D. Rodriguez,
                      Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.
-----------------------------------------------------------X

19 **CIVIL** 2092 (DCF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 17, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          January 17, 2020

                                              **RUBY J. KRAJICK**
                                              _____Clerk of Court_____
                                  BY:
                                                       **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/17/2020